IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: SHIRLEY ANN WEISS | § § § § § | CASE NO: 05-41897-H4-3 |
| DEBTOR(S) | | CHAPTER 13 |

**MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY
PURSUANT TO 11 U.S.C. §347 (a)**

  **PURSUANT TO** 11 U.S.C. §347 (a), David G. Peake, Chapter 13 Trustee respectfully reports that:

  More than ninety (90) days has passed since the final distribution. Funds payable to the creditor listed on Exhibit "A" hereto remains unclaimed.

  **WHEREFORE PREMISES CONSIDERED,** DAVID G. PEAKE, Chapter 13 Standing Trustee respectfully prays that this Court authorize the Trustee to deposit these funds into the registry of the United States District Court, and grant the Trustee such other and further relief as he may show himself or Debtor's Estate justly entitled.

Date: 10/14/2010                                              Respectfully Submitted,


                                                              /s/  David G. Peake

                                                              David G. Peake, Trustee
                                                              Admissions I.D. #3857
                                                              9660 Hillcroft, Ste 430
                                                              Houston, TX  77096
                                                              713-283-5400

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: SHIRLEY ANN WEISS | § § § | CASE NO: 05-41897-H4-3 |
| DEBTOR(S) | § § | CHAPTER 13 |

**UNCLAIMED FUNDS**

| NAME & ADDRESS: | CLAIM NO: | AMOUNT |
|---|---|---|
| **PARK HOLLOW PLACE OWNERS ASSOC C/O BARTLEY & SPEARS, PC 14811 ST MARY'S LN, STE 270 HOUSTON, TX 77079** | 3 | $1,429.66 |
| **TOTAL FOR UNCLAIMED FUNDS** | | $1,429.66 |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: SHIRLEY ANN WEISS | § | CASE NO: 05-41897-H4-3 |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

**CERTIFICATE OF SERVICE OF MOTION TO PAY INTO
THE COURT REGISTRY PURSUANT TO 11 U.S.C. § 347(a)**

      I hereby certify that on 10/14/2010 ,a true and correct copy of the foregoing Motion to Deposit Funds into the court Registry Pursuant to 11 U.S.C. §347(a) was served via the U.S. Postal Service, first class mail, postage prepaid as shown on Exhibit A.

    /s/  David G. Peake

David G. Peake,
Chapter 13, Trustee